UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-6012**

Case Title: **Doe** vs. **University of Kentucky**

List all clients you represent in this appeal:

**Civil Rights and Survivor Advocacy Organizations**

☐ Appellant    ☐ Petitioner    ☒ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor                (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Sean Ouellette**     Signature: s/ **Sean Ouellette**

Firm Name: **Public Justice**

Business Address: **1620 L Street NW, Suite 630**

City/State/Zip: **Washington, DC**

Telephone Number (Area Code): **(202) 797-8600**

Email Address: **souellette@publicjustice.net**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---