UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CASE NO. 22-6012
-*Electronically Filed*-

JANE DOE            APPELLANT

v.        **MOTION FOR EXTENSION OF TIME**

UNIVERSITY OF KENTUCKY            APPELLEE

\*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

       Appellee, by counsel, respectfully moves this Court for a short extension of time to file its brief on appeal. Additional time is needed to prepare this brief for the Appellee, meet deadlines in other matters, and to attend to other professional obligations and personal matters with family. The current deadline for the brief of the Appellee is March 23, 2023. Appellee requests that the deadline for its brief on appeal be extended until April 13, 2023. Based upon conversation with Counsel for the Appellant, the undersigned also requests the filing date for any Reply brief for the Appellant be scheduled for May 11, 2023 to accommodate counsel's schedule.

                           Respectfully submitted,

                           /s/ *Bryan H. Beauman*
                           Bryan H. Beauman
                           Sturgill, Turner, Barker & Moloney, PLLC
                           333 W. Vine Street, Suite 1500
                           Lexington, Kentucky 40507
                           T: (859) 255-8581
                           bbeauman@sturgillturner.com

                           William E. Thro
                           General Counsel, University of Kentucky
                           301 Main Building
                           Lexington, Kentucky 40506
                           T: (859) 257-2936
                           william.thro@uky.edu
                           COUNSEL FOR DEFENDANT-APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion upon all counsel by filing with the Court's CM/ECF system on this 20th day of March, 2023.

/s/ *Bryan H. Beauman*
COUNSEL FOR DEFENDANT-APPELLEE