**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

|  |  |  |
|---|---|---|
| **JANE DOE,** | ) | |
| Appellant, | ) | |
|  | ) | |
|  | ) | |
| v. | ) | No. 22-6012 |
|  | ) | |
| **UNIVERSITY OF KENTUCKY,** | ) | |
| Appellee. | ) | |
|  | ) | |

**CONSENT MOTION FOR EXTENSION**

Pursuant to F. R. App. P. 26(b), Appellant, by counsel, respectfully moves this Court for a short, one-week extension of time to file her reply brief on appeal. Appellant needs this additional time as a result of unexpected interim litigation deadlines in other matters and to attend to unplanned professional obligations and personal matters, which make the current deadline for the reply brief of the Appellant, May 11, 2023, unworkable. Appellee requests that the deadline for its brief on appeal be extended by one week, to May 18, 2023. Appellant suggests that the reasons for the requested extension represent good cause. Appellee's counsel has consented to the requested extension.

Date: May 9, 2022

Respectfully submitted,

CORREIA & PUTH, PLLC

 */s/ Linda M. Correia*
Linda M. Correia
Andrew M. Adelman
1400 16th Street NW, Suite 450
Washington, DC 20036
(202) 602-6500
lcorreia@correiaputh.com
aadelman@correiaputh.com

*Counsel for Plaintiff-Appellant Jane Doe*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th of May 2022, a true and accurate copy of the foregoing Motion for Extension was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of the filing to:

Bryan H. Beauman
Sturgill, Turner, Barker & Moloney, PLLC
333 W. Vine Street, Suite 1500
Lexington, KY 40507

and

William E. Thro
General Counsel
University of Kentucky
301 Main Building
Lexington, KY 40506

*Counsel for Defendant-Appellee University of Kentucky*

 */s/ Linda M. Correia*
Linda M. Correia (admitted *pro hac vice*)
Correia & Puth, PLLC
1400 16th Street NW, Suite 450
Washington, DC 20036
(202) 602-6500
lcorreia@correiaputh.com

*Counsel for Plaintiff-Appellant Jane Doe*