**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 09, 2023

Mr. Andrew Adelman
Correia & Puth
1400 16th Street, N.W., Suite 450
Washington, DC 20036

Mr. Bryan Howard Beauman
Sturgill, Turner, Barker & Moloney
333 W. Vine Street, Suite 1500
Lexington, KY 40507

Ms. Linda Marie Correia
Correia & Puth
1400 16th Street, N.W., Suite 450
Washington, DC 20036

Mr. William Eugene Thro
University of Kentucky
Office of Legal Counsel
301 Main Building
Lexington, KY 40506-0032

Re: Case No. 22-6012, *Jane Doe v. University of Kentucky*
Originating Case No. : 5:15-cv-00296

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **May 18, 2023**.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026

cc: Mr. James Patrick Davy
    Mr. Sean Ouellette