# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): _____

2. Case Caption (Short Title): _____

3. Argument is scheduled for _____ on _____ and will be held:
   - ☐ Live (In Person)  ☐ by Video  ☐ by Telephone

4. I, _____, will be presenting argument on behalf of:
   - ☐ Appellant / Petitioner  ☐ Amicus Curiae  ☐ Other (please specify below):
   - ☐ Appellee / Respondent  ☐ Intervenor  _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s):

6. Minutes reserved for rebuttal, if applicable: _____ (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following:
   - A. Number of attorneys sharing time: ____
   - B. Total number of minutes (in whole minutes only) to be shared: ____
   - C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____
   - D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ _____