**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 07, 2024

Mr. Andrew Adelman
Correia & Puth
1400 16th Street, N.W.
Suite 450
Washington, DC 20036

Mr. Bryan Howard Beauman
Sturgill, Turner, Barker & Moloney
333 W. Vine Street
Suite 1500
Lexington, KY 40502

Ms. Linda Marie Correia
Correia & Puth
1400 16th Street, N.W.
Suite 450
Washington, DC 20036

Mr. James Patrick Davy
P.O. Box 15216
Philadelphia, PA 19125

Mr. Sean Ouellette
Public Justice
1620 L. Street, N.W.
Suite 630
Washington, DC 20036

Mr. William Eugene Thro
University of Kentucky
Office of Legal Counsel
301 Main Building
Lexington, KY 40506-0032

Re:  Case No. 22-6012, *Jane Doe v. University of Kentucky*
     Originating Case No. : 5:15-cv-00296

Dear Counsel,

 The Court issued the enclosed opinion today in this case.

 Enclosed are the court's unpublished opinion and judgment, entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

            Sincerely yours,

            s/Cathryn Lovely
            Opinions Deputy

cc: Mr. Robert R. Carr

Enclosures

Mandate to issue