## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 18, 2024

Mr. Robert R. Carr
Eastern District of Kentucky at Lexington
101 Barr Street
Lexington, KY 40507

Re: Case No. 22-6012, *Jane Doe v. University of Kentucky*
    Originating Case No. 5:15-cv-00296

Dear Mr. Carr,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Abby Hahn
for Monica Page, Case Manager

cc: Mr. Andrew Adelman
    Mr. Bryan Howard Beauman
    Ms. Linda Marie Correia
    Mr. James Patrick Davy
    Mr. Sean Ouellette
    Mr. William Eugene Thro

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-6012

_____

Filed: September 18, 2024

JANE DOE

    Plaintiff - Appellant

v.

UNIVERSITY OF KENTUCKY

    Defendant - Appellee

## MANDATE

    Pursuant to the court's disposition that was filed 08/07/2024 the mandate for this case hereby issues today.

COSTS: None